No. 242. GLIDDEN COMPANY *v.* ZDANOK ET AL. Motions of California Manufacturers Association; National Paint, Varnish and Lacquer Association, Inc.; National Association of Margarine Manufacturers; Ohio Chamber of Commerce; Illinois State Chamber of Commerce; Institute of Shortening and Edible Oils, Inc.; American Spice Trade Association; Georgia State Chamber of Commerce; Chamber of Commerce of Cleveland, Ohio; and Chamber of Commerce of the United States for leave to file briefs, as *amici curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to question (d) presented by the petition, which reads as follows:

"(d) Does participation by a Court of Claims judge vitiate the judgment of the Court of Appeals?"

In all other respects the petition for writ of certiorari is denied.

Pursuant to 28 U. S. C. § 2403, the Court hereby certifies to the Attorney General that there is drawn in question in this case the constitutionality of the Act of July 28, 1953, 67 Stat. 226 (28 U. S. C. § 171).

*Chester Bordeau* for petitioner. *Morris Shapiro* and *Harry Katz* for respondents.

*Carl M. Gould* for California Manufacturers Association; *Daniel S. Ring* for National Paint, Varnish and Lacquer Association, Inc.; *Ashley Sellers* and *Jesse E. Baskette* for National Association of Margarine Manufacturers; *Clarence D. Laylin* and *John Eckler* for Ohio Chamber of Commerce; *Henry E. Seyfarth* for Illinois State Chamber of Commerce; *Jerome Ackerman* for the Institute of Shortening and Edible Oils, Inc.; *Charles H. Tuttle* for American Spice Trade Association; *John E. Branch* for the Georgia State Chamber of Commerce; *Frank C. Heath* for the Chamber of Commerce of Cleveland, Ohio; and *William B. Barton* for the Chamber of Commerce of the United States, as *amici curiae.*

Briefs of *amici curiae,* in support of the petition, were filed by *Francis M. Shea* and *Richard T. Conway* for the Judges of the United States Court of Claims, and by *Edward C. First, Jr.* and *Gilbert Nurick* for the Pennsylvania State Chamber of Commerce.